IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TYLER DWAINE VICKREY, #02432868, § § § Plaintiff, § § v. § No. 3:22-cv-02699-E-BT § ELLIS COUNTY DISTRICT COURT, § § Defendant. § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated September 12, 2023, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.  **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.[1]

**SO ORDERED** this 29th day of September, 2023.

*(signature)*

Ada Brown
UNITED STATES DISTRICT JUDGE

---

[1] No objections were filed.